IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMMAR ROSS, | : | MOTION TO VACATE |
|   Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:17-CR-0249-MHC-LTW-2 |
| | : | |
| UNITED SATES OF AMERICA, | : | CIVIL ACTION NO. |
|   Respondent. | : | 1:20-CV-2584-MHC-LTW |

## FINAL REPORT AND RECOMMENDATION

On June 19, 2020, the Court ordered Ammar Ross to either withdraw his construed 28 U.S.C. § 2255 motion or to submit an amended § 2255 motion within thirty days. (Doc. 115.) When Ross failed to do so, the Court entered a second order on July 28, 2020, directing him to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and advising him that failure to respond could result in the dismissal of this action. (Doc. 119.) The copy of the second order that was mailed to Ross was returned as undeliverable. (Doc. 121.) The Court interprets Ross's failure to submit an amended § 2255 motion as a withdrawal of his initial motion.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Ross's failure to comply with a

lawful order of the Court and to provide a current address.  *See* Fed. R. Civ. P. 41(b); LR 41.2(C), N.D.Ga LR 41.3(A)(2), NDGa.

**IT IS FURTHER RECOMMENDED**, pursuant to Rule 11 of the of the Rules Governing Section 2255 Proceedings for the United States District Courts, that the Court decline to grant Ross a certificate of appealability.

The Clerk is **DIRECTED** to terminate the referral of the § 2255 motion to the Magistrate Judge.

**SO RECOMMENDED**, this   26   day of   August  , 2020.

*/s/ Linda T. Walker*
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE