IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMMAR ROSS,<br><br>　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION FILE<br>NO. 1:17-CR-249-MHC-LTW-2<br><br>CIVIL ACTION FILE<br>NO. 1:20-CV-2584-MHC-LTW |

## ORDER

This *pro se* prisoner action construed as a motion under 28 U.S.C. § 2255 is before the Court on the Final Report and Recommendation ("R&R") of the Magistrate Judge [Doc. 122] recommending that Movant's action be dismissed for failure to comply with a lawful order of the Court and to provide a current address. The Order for Service of the R&R [Doc. 123] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No party has filed objections to the R&R or otherwise responded.[1]

---

[1] It is noted that the copy of the R&R mailed to Movant was returned as "not known" and "unable to forward." [Doc. 127]. "The failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1).  Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 122] as the judgment of the Court.  Movant's motion [Doc. 114] is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the lawful order of the Court and failure to keep the Clerk's office informed of his current address.  LR 41.2B, NDGa; LR 41.3A(2), NDGa.

It is further **ORDERED** that a certificate of appealability is **DENIED** because Movant has not met the requisite standard.  Movant may not appeal the denial of his motion but may seek a certificate from the United States Court of Appeals for the Eleventh Circuit under Federal Rule of Appellate Procedure 22.

---

and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment."  LR 41.2B, NDGa.

Rule 11(a), Rules Governing § 2255 Proceedings for the United States District Courts.

The Clerk is **DIRECTED** to close the civil case file.

**IT IS SO ORDERED** this 16th day of September, 2020.

_____
MARK H. COHEN
United States District Judge